**EXHIBIT A**



November 14, 2014

Construction Laborers Pension Trust for
Southern California
4399 Santa Anita Avenue
Suite 200
El Monte, CA 91731

Dear Trustees,

Per your request, this letter provides a proposal from Pension Consulting Alliance, Inc.
("PCA") to provide infrastructure consulting services for the Construction Laborers Pension
Trust for Southern California ("SoCal Laborers").

**Overview of PCA's Investment Consulting Practice**

PCA is an independent, full-service investment consulting firm that provides investment
advisory services to pension plans and institutional investors of various sizes in the areas of
general (including hedge funds), alternative investments (including private equity and
infrastructure), and real estate consulting. Founded in 1988, PCA is built on the philosophy
that consulting is a problem-solving process, not a commodity. We design our services to
meet the client's specific needs in a cost effective manner. PCA maintains only non-
discretionary consulting relationships with 32 clients that represent over $1 trillion in
institutional investor assets, and thus, the firm is able to offer conflict-free advisory services.

PCA is well suited to assist the SoCal Laborers with its Infrastructure Investment Program. The
firm has followed the infrastructure market since 2006 and was one of the earliest players in
the infrastructure consulting space. The firm provides institutional investors with a full suite of
non-discretionary services including market insight, investment policy development, new
investment vehicle development, manager due diligence and partnership selection, asset
allocation, research, performance monitoring and reporting and informed opinions about
the players in the infrastructure space.   To date PCA has established $10 billion of
infrastructure portfolios for public pension plans.

**Scope of Work**

This section identifies the key tasks and deliverables PCA would expect to provide under the
assignment highlighted above. To execute this assignment, PCA would contract as a
fiduciary on behalf of the SoCal Laborers.  However, it is expected that PCA would work
closely with staff as well as representatives from Merrill Lynch, Michael Starratt in particular,
across all aspects of the scope of services. The scope of services under the proposed
consulting assignment includes:

**PCA** CONSULTING ALLIANCE

*Infrastructure Investment Program Development*
- assist in developing a unique investment platform that captures objectives of the SoCal Laborers;
- review/develop investment strategy, policies, procedures, goals and objectives;
- oversee the Program Manager's strategy, investment selection process, deal pipeline and investment process;
- implement responsible contracting policies and procedures;
- assess risk profiles of various sub-asset types;
- propose benchmark and risk measures;
- assist with portfolio target allocation and ranges;
- advise on investment structuring and commitment pacing; and
- advise on portfolio construction.

*Program Manager Search and Due Diligence*
- identify, interview and conduct due diligence on potential Program Manager(s) who will have investment discretion;
- negotiate terms with the Program Manager on behalf of the SoCal Laborers;
- provide client with periodic updates on potential investment opportunities as they arise;

Access to Other Capital
- provide access to other like-minded institutional investors to supplement capital allocation and diversify project risks
- liaise with government entities to provide additional project support

*Investment Committee Meetings*
- attend Board meeting to review the program as requested.

*Research and Education*
- provide timely notice of key events that may affect the program, including, but not limited to, market changes, changes in management or substantial reductions in portfolio value;
- provide Board education; and
- provide copies of PCA's research, including, but not limited to, market summaries, surveys and reviews of particular markets.

*Annual Portfolio Review and Monitoring*

The following services are outside of this agreement but can be performed upon request under a separate letter of engagement:

*Underlying Project/Asset Due Diligence*
- perform comprehensive due diligence on potential investment opportunities for the program in the capacity as a fiduciary to the pension plan;
- provide written recommendation for all managers/opportunities to be added to the infrastructure portfolio; and
- assist in negotiating with underlying prospective investment managers.



**PCA Resources**

If approved for this assignment, Judy Chambers and Allan Emkin will oversee all activities and will be responsible for all deliverables associated with the assignments' Scope of Work. Other PCA resources will include Tad Ferguson, Managing Director, Ahman Dirks, Senior Analyst, Victoria Zhu, Senior Analyst and Desiree Jablonski, Analyst. Allan Emkin will provide strategic oversight and client advisory. However, all firm-wide PCA resources will be available to provide additional support as needed.

**Proposed Costs of Assignments**

PCA proposes a one-time fee of $50,000 for the program development and policies related to the program which will be defined as Phase I. This fee will be paid after the December 2014 board meeting and upon board approval of the policy. A proposed annual fee of $75,000 will be charge for on-going program manager due diligence, program monitoring and reporting which will be defined as Phase II. This fee will be billed in quarterly installments. During Phase II, PCA's letter of engagement can be cancelled with 30 days of notice. These fees are inclusive of domestic travel and lodging, but exclusive of legal fees. For any international travel, travel costs will be submitted for approval by the SoCal Laborers.

PCA will bill the SoCal Laborers upon the completion of Phase I for the full one-time fee. Phase II services will be billed on a quarterly basis.

**Summary**

We at PCA express our sincere gratitude for allowing us the opportunity to submit this letter of engagement for your consideration. It would be an honor to serve the SoCal Laborers in the capacity of the described scope of work.

We look forward to discussing these opportunities with you in the very near future.

Best regards,

*Judy L. Chambers*

Judy Chambers
Managing Director

cc:   Allan Emkin, Managing Director, Pension Consulting Alliance

3

**Approved and Accepted**

**Construction Laborers Pension Trust for
Southern California**

Signature

Armando Espaiza
Name

Trustee
Title

11/18/2014
Date

**Pension Consulting Alliance, Inc.**

Signature

Judy Chambers
Name

Managing Diractor
Title

November 20, 2014
Date

4