| | |
|---|---|
| 1 | Robyn Crowther (SBN 193840) |
| 2 | rcrowther@steptoe.com |
|   | **STEPTOE & JOHNSON LLP** |
| 3 | 633 West 5th Street, Suite 1900 |
| 4 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 439-9400 |
| 5 | Facsimile:  (213) 439-9599 |
| 6 | |
| 7 | (*Additional counsel listed on next page*) |
| 8 | *Attorneys for Defendants* MEKETA INVESTMENT |
| 9 | GROUP, INC. and JUDY CHAMBERS |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>            Plaintiffs,<br><br>      vs. | Case No.: 2:23-cv-07726-CAS-PVC<br>Assigned To: Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS** |

[PROPOSED] ORDER

| | |
|---|---|
| 1 | MEKETA INVESTMENT GROUP, |
| 2 | INC. and JUDY CHAMBERS, |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | Diana K. Lloyd (*admitted pro hac vice*) |
| 7 | Caroline Trusty (*admitted pro hac vice*) |
|   | Alexander L. Bevans (*admitted pro hac vice*) |
| 8 | **CHOATE, HALL & STEWART LLP** |
| 9 | Two International Place |
|   | Boston, MA 02110 |
| 10 | *dlloyd@choate.com* |
| 11 | *ctrusty@choate.com* |
|    | *abevans@choate.com* |
| 12 | Telephone: (617) 248 5000 |
| 13 | Facsimile: (617) 502-4060 |
| 14 | |
| 15 | Eric G. Serron (*admitted pro hac vice*) |
|    | *eserron@steptoe.com* |
| 16 | **STEPTOE & JOHNSON LLP** |
| 17 | 1330 Connecticut Avenue, NW |
|    | Washington, DC 20036 |
| 18 | Telephone: (202) 429-3000 |
| 19 | Facsimile: (202) 429-3902 |
| 20 | *Attorneys for Defendants* MEKETA INVESTMENT |
| 21 | GROUP, INC. and JUDY CHAMBERS |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER

On December 18, 2023, the Parties filed a stipulation to set a briefing schedule on Defendants Meketa Investment Group, Inc. and Judy Chambers' Motion to Dismiss Plaintiffs' Amended Complaint ("Motion to Dismiss") and Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss ("Motion to Stay Discovery"), which they plan on filing. Good cause appearing, the Parties' stipulation is adopted.

**IT IS HEREBY ORDERED THAT:**

1. The last day for Defendants to file a Motion to Dismiss and the Motion to Stay Discovery is on or before January 12, 2024;

2. The last day for Plaintiffs to file an opposition to Defendants' Motion to Dismiss and Motion to Stay Discovery is on or before February 13, 2024;

3. The last day for Defendants to file a reply brief in support of the Motion to Dismiss and the Motion to Stay Discovery is on or before March 5, 2024;

4. The hearing on the Motion to Dismiss and the Motion to Stay Discovery shall proceed on March 25, 2024 at 10:00 a.m.

_____                    _____
Dated:                                                        The Honorable Christina A. Snyder
                                                              United States District Judge