1  Robyn Crowther (SBN 193840)
2  *rcrowther@steptoe.com*
   **STEPTOE LLP**
3  633 West 5th Street, Suite 1900
4  Los Angeles, CA 90071
   Telephone: (213) 439-9400; Facsimile: (213) 439-9599
5
6  (*Additional counsel listed on next page*)
7
   *Attorneys for Defendants* MEKETA INVESTMENT GROUP, INC.
8   and JUDY CHAMBERS
9
10              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS,<br><br>  Defendants. | Case No.: 2:23-cv-07726-CAS-PVC<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**NOTICE OF CHANGE OF FIRM NAME**

1  Diana K. Lloyd (*admitted pro hac vice*)
2  Caroline Trusty (*admitted pro hac vice*)
   Alexander L. Bevans (*admitted pro hac vice*)
3  **CHOATE, HALL & STEWART LLP**
4  Two International Place
   Boston, MA 02110
5  *dlloyd@choate.com*
6  *ctrusty@choate.com*
   *abevans@choate.com*
7  Telephone:  (617) 248 5000
8  Facsimile:  (617) 248-4000

9
   Eric G. Serron (*admitted pro hac vice*)
10 *eserron@steptoe.com*
11 **STEPTOE LLP**
   1330 Connecticut Avenue, NW
12 Washington, DC 20036
13 Telephone: (202) 429-3000
   Facsimile: (202) 429-3902
14

15 *Attorneys for Defendants* MEKETA INVESTMENT
16 GROUP, INC. and JUDY CHAMBERS

17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE COURT ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that effective December 6, 2023, the firm name of Steptoe & Johnson LLP was changed to:

**Steptoe LLP**

The address and telephone number will remain the same. Please update your records accordingly.

Respectfully submitted.

Dated: January 12, 2024

STEPTOE LLP

*/s/ Robyn C. Crowther*
_____
Robyn C. Crowther
Eric G. Serron (*admitted pro hac vice*)

*Attorneys for Defendants*
MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS

**NOTICE OF CHANGE OF FIRM NAME**
1

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2024, a copy of **NOTICE OF CHANGE OF FIRM NAME** was served electronically through the Court's electronic filing system upon all parties appearing on the Court's ECF service list.

Dated:  January 12, 2024         */s/ Robyn Crowther*
                                 Robyn Crowther