# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS,<br><br>    Defendants. | Case No.: 2:23-cv-07726-CAS-PVCx<br>Assigned To: Hon. Christina A. Snyder<br><br>**ORDER RE: STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY DISCOVERY, AND TO APPEAR AT HEARING VIA ZOOM VIDEO CONFERENCE** |

ORDER

On March 12, 2024, the Parties filed a stipulation to continue the hearing date on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss (collectively, the "Motions") from March 25, 2024, to April 15, 2024, and to appear at the hearing via Zoom video conference. Good cause appearing, the Parties stipulation is adopted.

**IT IS HEREBY ORDERED THAT:**

1. The hearing on Defendants' Motions [53] [55] shall be continued from March 25, 2024, to April 15, 2024, at 10:00 a.m. by Zoom;

2. The hearing shall be held via Zoom video conference. To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Snyder's Procedures and Schedules page on the Court's website: https://www.cacd.uscourts.gov/honorable-christina-snyder-0.

March 13, 2024
Dated:

*Christine A. Snyder*

The Honorable Christina A. Snyder
United States District Judge