EXHIBIT C

# Construction Laborers Pension Trust for Southern California

## Infrastructure Investment Policy

December 2014

## INTRODUCTION

In accordance with the Investment Policy Statement ("IPS"), the Construction Laborers Pension Trust for Southern California (the "Plan") has established an allocation for investment in infrastructure. The primary objectives for investment in infrastructure are to improve diversification of the overall investment portfolio, to expect to achieve a rate of return equal to or greater than the actuarial earnings rate assumption, and provide a stable cash flow to the investment portfolio.

The Infrastructure Portfolio is to be invested, managed, and sold in a prudent manner for the sole benefit of the Plan's participants and beneficiaries, in accordance with U.S. and California law and applicable statutes. No investment vehicle or activity prohibited by the IPS, as adopted and last revised, will be authorized for the Portfolio.

The Board of Trustees has established the asset allocation and strategic objectives for the Portfolio. The design of the Infrastructure Investment Policy ("Policy") ensures that investors, managers, consultants, or other participants selected by the Plan take prudent and careful action while managing the Portfolio. Review of the Portfolio will fall under the General Consultant ("Consultant"), who reports directly to the Board of Trustees. If a specialty asset class specific consultant is retained, that consultant would also report directly the Board of Trustees.

Policies approved by the Plan's Board of Trustees cannot be altered without explicit direction from said Board of Trustees.

# Goals and Objectives

## INVESTMENT OBJECTIVES

The strategic objectives of the Infrastructure Portfolio are as follows:

A. To provide improved diversification to the overall Plan's Investment Portfolio;

B. To generate an enhanced yield to the actuarial earnings rate assumption and provide stable cash flows;

C. To preserve investment capital; and

D. To act as a responsible steward of infrastructure investments through responsible contracting and environmental practices, efficient operation of assets, and production of quality services and products.

## PERFORMANCE OBJECTIVES

The Infrastructure Portfolio shall be managed to meet or exceed, on a net-of-fee basis, the actuarial earnings assumed rate of return for the overall Plan Portfolio.

## BENCHMARK

The Infrastructure Portfolio's net-of-fees performance shall be benchmarked against the actuarial earnings assumed rate for the overall Plan Portfolio. Additional criteria will be applied to the performance of individual portfolio segments, managers, investments having a focus on a particular subsector or geographic location, and for investments having higher risk categories. As appropriate, customized benchmarks will be used to measure performance of investments within the Portfolio.

## STRATEGIC ASSET ALLOCATION

The asset allocation target and range for the Portfolio shall comply with the guidelines set forth in the IPS. Adjustments from actual to target allocation shall be implemented within a time frame consistent with the provisions set forth in the IPS.

## INFRASTRUCTURE SECTORS AND CHARACTERISTICS

### A.    Infrastructure Sectors

Infrastructure is characterized by investment opportunities within various industries. The Infrastructure Portfolio may contain investment opportunities within, but not limited to, the following infrastructure sectors:

   a. Transportation Assets – Bridges, Railways, Roadways, Transit, Tunnels, etc.

   b. Energy Resources and Utilities – Clean Energy, Electricity, Gas, Geothermal, Hydrocarbons, Pipelines, Power Distribution, Storage and Transmission, Renewables, Wind-Generation, Nuclear, etc.

   c. Municipal Infrastructure – Hospitals, Government Buildings, Schools, Prisons, etc.

   d. Ports – Barges, Terminals, etc.

   e. Water and Waste – Water Distribution, Storage and Treatment, Desalination, Waste Management, etc.

   f. Communications – Broadcast and Wireless Towers, Cable Systems, Satellite Networks, etc.

Any uncertainty will be presented to the Board of Trustees before consideration of a transaction.

## B.      Infrastructure Investment Characteristics

The following table outlines Infrastructure sub-classifications.

| INFRASTRUCTURE PORTFOLIO SUB-CLASSIFICATIONS ||||
|---|---|---|---|
| Strategy | Characteristics | Leverage | Type of Assets |
| **CORE** (Mature / Brownfield) | <ul><li>Buy-and-hold assets</li><li>Mature operating assets with steady cash flow</li><li>Essential services</li><li>Regulated</li><li>Long Term contracts</li><li>Low risk and low growth mostly</li><li>Long term monopolistic positions</li><li>Minimal to no patronage risk</li><li>Cash yield is dominant part of total return  Credible Investment grade counterparty</li></ul> | Overall Core Portfolio Maximum: 45% | <ul><li>Regulated Utilities</li><li>Bridges, Tolls</li><li>Pipelines, Energy Transmission and Distribution</li><li>Water and Waste Water</li><li>Social Infrastructure</li><li>Public Private Partnerships (PPP)/Public Finance Initiatives (PFI)</li></ul> |
| **VALUE ADDED** (Growth / Rehabilitated) | <ul><li>Buy-and-build positions</li><li>Operating assets with growth phase</li><li>Higher risk and return</li><li>Can involve expansion or rehabilitation to assets</li><li>Increased sensitivity to GDP, patronage risk, development risk, and refinance risk  Cash yield and net capital appreciation are equal</li></ul> | Overall Value Added Portfolio Maximum: 55% | <ul><li>Power generation</li><li>Rapid Rail</li><li>Transportation</li><li>Parking Systems - non concession based</li><li>Contracted Renewable Power</li></ul> |
| **OPPORTUNISTIC** (Development / Greenfield) | <ul><li>Mostly development assets</li><li>High risk and return</li><li>Capital appreciation is dominant part of total return</li></ul> | Overall Opportunistic Portfolio Maximum: 65% | <ul><li>Logistics</li><li>Satellite Networks</li></ul> |

4

## C.   Allocation

*Geographic Focus of Investments*

The Infrastructure Portfolio funds will be allocated to infrastructure projects located in California that will achieve the objectives of the Infrastructure Portfolio as previously outlined.

*Portfolio Development*

While underlying infrastructure assets are long term fixtures/assets in nature, the Infrastructure Portfolio will seek to make short term investments with a term from one to five years. The Infrastructure Portfolio is newly established and investments made within the initial years of the program may supersede established allocation, diversification, leverage and risk investment guideline ranges due to the limited number of investments within the Portfolio. In these instances, adjustments from the actual to the prescribed allocation range shall be implemented over a reasonable time frame (within a one to three year period, unless otherwise specified), with ample consideration given to preserving investment returns to the Plan. In addition, infrastructure investment assets are generally long-term investment opportunities and during volatile periods, short-term movements and tactics may be applied in managing the Portfolio. From time to time, the actual allocations to the Portfolio segments may fall outside the recommended ranges. However, best efforts will be made to keep segments within the recommended ranges given the short term investment preference of the infrastructure program.

## E.   Risks

Risks associated with investing in infrastructure projects, assets and vehicles will be mitigated sufficiently to allow for a reasonable risk adjusted return. Potential risks associated with the Infrastructure Portfolio include, but are not limited to the following:

   a. **Environmental.** Investment returns may be impacted by environmental issues, events and risks.
   b. **Financing Risks.** Changes and volatility in the credit and equity markets may impact financing efforts and the capital structures of underlying infrastructure investments.
   c. **Labor Risk.** Infrastructure investments may have an impact on labor groups and public sector employment opportunities.
   d. **Leverage.** Infrastructure investments may utilize significant leverage which may increase financial and refinancing risks.
   e. **Liquidity Risk.** As infrastructure investments may have long durations, they often are illiquid. Secondary markets for infrastructure investments may not be fully established or may provide limited opportunities.
   f. **Market Risk.** The infrastructure market is a developing market globally and investment opportunities may be impacted by market supply and demand.
   g. **Political and Headline Risks.** Infrastructure investments may involve political activities and may introduce headline risk to investors.
   h. **Regulatory Risk.** Changes in regulatory mandates may impact investment returns and strategies.

i. **Structural Risks.** The Plan is accustomed to negotiating certain clauses, rights and protections within its partnership agreements.
j. **Valuation Risks.** Investments and partnerships will be accessed to determine if appropriate and reasonable valuation procedures and methodologies are utilized by managers and investment partners.

## INVESTMENT POLICY GUIDELINES

### A. Responsible Contracting Policies

The Plan has a deep interest in the condition of workers employed by the Plan and its advisors. Through the Responsible Contractor Policy, the Plan supports and encourages fair wages and fair benefits for workers employed by its contractors and subcontractors, subject to fiduciary principles concerning duties of loyalty and prudence, both of which further require competitive returns on the Plan's infrastructure investments. The Plan endorses small business development, market competition, and control of operating costs. The Plan believes that an adequately compensated and trained worker delivers a higher quality product and service. Subject to the overriding duty to act for the exclusive purpose of providing benefits to participants and their beneficiaries, investments shall be in projects that will provide jobs to employees represented by the Laborers Union and employed by participating employers of the Plan. All work within the claimed jurisdiction of the Laborers Union that is performed on such projects shall be performed by contractors that are signatory to an appropriate collective bargaining agreement with the Southern California District Council of Laborers or other Laborers Union entity. All investments shall be within federal and state guidelines, laws and regulations.

The Plan shall secure a written agreement from infrastructure investment managers for which the Responsible Contractor Policy applies, such that all contractors, investors, managers, consultants or other participants shall adhere to the Plan's Responsible Contactor Policy, as updated by the Plan. If an investment manager does not adopt either the Plan's Responsible Contractor Policy or an internal policy, the Plan will not invest in the investment manager.

The Plan shall give a strong preference to all domestic infrastructure investment vehicles that have adopted an internal policy regarding responsible contracting consistent with the Plan's Responsible Contractor Policy, subject to the Plan's fiduciary duty. This preference shall apply to any domestic infrastructure investment vehicle for which the Responsible Contractor Policy is not applicable by its terms other than to make a good faith effort to comply with the spirit of the policy. This specifically applies to investments including, but not limited to, commingled funds, opportunity funds, mezzanine debt, and hybrid debt investments. If the manager of any domestic infrastructure investment vehicle does not agree to comply with the Plan's Responsible Contractor Policy or adopt an internal policy regarding responsible contracting, and, if Staff deems it appropriate based on all the circumstances, including the intent of this Policy as well as the investment merits of the investment vehicle, Staff may recommend the potential investment to the Board of

Trustees and the Board shall make a determination whether or not to invest in such investment vehicle.

In addition, in the event the Plan has determined that during the life of an investment vehicle there is a violation of the above stated terms, the Board shall be precluded from making an investment in a follow on fund with the investment manager. If Staff determines it appropriate, based on all the facts and circumstances, Staff may recommend the investment in the follow on fund to the Board of Trustees, which will determine whether to invest in the follow on fund consistent with its fiduciary duty.

### B. Portfolio Leverage

The Plan shall employ leverage in the Infrastructure Portfolio in order to enhance investment returns. Such leverage may exist at the portfolio, manager, or investment level. Since leverage also increases the volatility of the Infrastructure Portfolio, careful consideration will be given to the impact of leverage on investment and portfolio risk. In addition, limitations on the amount of leverage at the individual asset or investment entity level, as well as debt service coverage requirements, will be negotiated or arranged wherever possible.

Leverage at the aggregate Infrastructure Portfolio level shall be monitored with a long-term goal of maintaining it at no higher than 60 percent (60%). To preserve the character of the asset class with the Plan's composite investment portfolio, the aggregate asset class shall not be overleveraged. This shall be measured quarterly by comparing the principal amount of debt secured by infrastructure investments in the Infrastructure Portfolio to the aggregate gross fair market value of the Infrastructure Portfolio. To the extent that leverage in any portfolio sub-classification exceeds the maximum, the Plan shall make reasonable efforts to reduce the leverage ratio to below the maximum allowable, within a reasonable time frame of one to three years.

### C. Investment Life Cycle

The basic phases of an asset's life cycle can include predevelopment, development, leasing, operating, and redevelopment. In general, assets/projects in the earlier stages of their respective life cycles and redevelopments possess greater risks and thus should offer the Infrastructure Portfolio incrementally higher expected returns. To reduce risk, the Portfolio shall be appropriately diversified accordingly to life cycle.

### D. Alignment of Interests

Preferred investments for the Plan will be those that exhibit the highest degree of management accountability and the greatest alignment of interests. As a matter of policy, the Plan will seek, but is not limited to, dedicated management teams that co-invest or have substantial ownership interest in the investment entity, controlling positions with provisions for liquidity, and disclosure, as well as the mitigation of conflicts of interest.

### E. Exit Strategy

Investments in infrastructure assets should have clearly articulated and viable exit strategies through which assets can be disposed of or liquidated. Infrastructure assets are long life assets which provide long-term investment opportunities of ten years or more. As a result, infrastructure investments occasionally can be illiquid assets that may not have clearly defined redemption or termination provisions that offer investors immediate liquidity. While some infrastructure investments may have liquidation mechanisms, others may not have clearly defined liquidation events. The current marketplace for infrastructure provides liquidation opportunities via the sale of these investments or assets to investment funds and institutional investors. However, the goal of the program is to invest in short term infrastructure opportunities within a tenure of one to five years that have a clear liquidity mechanism. The evaluation of a liquidity mechanism will be evaluated for each investment to ensure the goals of the program are met. An alignment of interests between management and investors as well as management accountability needs to be maintained with infrastructure investments.

### F. Environmental Liability

The Plan encourages the prudent use of sustainable development methods and operational practices when reasonable and economically feasible. Subject to the following provisions and restrictions, the Plan will prudently accept environmental exposure and potential liability in a manner consistent with overall industry standards applicable to institutional investors acting in a like manner under similar circumstances.

The Plan will not make investments in infrastructure with environmental conditions in the Core Portfolio unless: (i) the dollar value of the environmental risk can be quantified, (ii) the cost of remediation can be quantified, (iii) the environmental liability can be mitigated with measures already in place or to be implemented by the investment manager to effectively mitigate the risks to the Plan and result in an appropriate risk-adjusted rate of return, (iv) any such potential environmental liability is limited to the particular infrastructure investment, and (v) the infrastructure investment does not expose the entire the Plan's portfolio to any potential liability. All environmental risks will be appropriately mitigated by factors that may include, but are not limited to: specific remediation planning, environmental insurance, indemnifications by creditworthy sellers, agreements with regulatory authorities, and the legal structure of ownership.

For investments held in separate accounts, the appropriate level of environmental risks to be assumed and the appropriate mitigation approaches shall be reviewed and assessed by the Trustees with the assistance of their Investment Consultant. Environmental guidelines for investments in Commingled Funds, Joint Ventures and Co-investments will be addressed in the legal documents that control the activities and responsibilities of the Managing or General Partner of that investment opportunity.

### G. Ways of Investing

For the Plan to meet its objectives in the infrastructure asset class, the Trustees with the assistance of their Investment Consultant will select appropriate vehicles with structural aspects that provide for maximum return and control while mitigating risk and cost, and the highest level of accountability on the part of management and alignment of interests with the Plan. For this reason, the following investment vehicles are permitted: mezzanine, senior secured debt, high yield, and equity.

Infrastructure investments may include direct or indirect equity investment in infrastructure (including all rights and interests incident thereto) such as: (i) interests in corporations, partnerships, and other entities whose primary business is the acquisition, development, and operation of the underlying infrastructure assets including publicly traded, or private infrastructure assets, and infrastructure operating companies; (ii) other debt instruments convertible to equity interest in infrastructure assets based on investment terms; (iii) and all other infrastructure related securities such as lower or un-rated tranches of pre-existing securitized or structured debt instruments such as mezzanine debt, which have equity features.

### GUIDELINES FOR SELECTION, MONITORING, EVALUATION, AND TERMINATION OF MANAGERS

The selection of infrastructure investments shall be guided by the "prudent expert" standard, embracing the prudent decision-making process typically employed by experts in the areas of infrastructure acquisition, development, operation, disposition, and portfolio management.

*Selection of Investment Managers*

The Plan seeks to retain investment managers that possess superior capabilities in the selection and management of infrastructure assets. With this objective in mind, prospective Investment Managers shall be evaluated for selection based on criteria including, but not limited to: (i) the suitability of the organization's investment, relative to the Plan's investment guidelines and objectives; (ii) the quality, stability, integrity, and experience of the management team; (iii) the ability and willingness of the organization to dedicate sufficient resources and personnel to optimally manage the Plan's investments; (iv) the reasonableness of investment terms and conditions, including provisions to align interests of management and the Plan; (v) the appropriateness of management controls and reporting systems; and (vi) commitment to responsible contracting policies, workplace diversity, and community involvement.

*Monitoring, Evaluation, and Termination of Investment Managers*

The Plan's investment managers shall be monitored and evaluated continuously, based on their performance relative to stated objectives and benchmarks, and relative to the performance of firms managing similar investments in the marketplace. In addition, investment managers shall be monitored for compliance with investment guidelines, policies, and procedures of the Infrastructure Portfolio, and other contractual provisions. Manager performance should be evaluated over meaningful time intervals to ensure

that performance is indicative of management's efforts. The performance of the infrastructure Portfolio should be evaluated on an annual performance basis. Performance will be reported to the Board of Trustees within the Semi-annual investment Performance report.

Consideration shall also be given to the financial strength of the investment manager, the level of client service given to the Plan, as well as changes within the managing organization such as the continuity of personnel assigned to the Plan's investments, among other items. The Plan shall seek to liquidate investments with management organizations found to be deficient relative to the Plan's investment standards.

## POLICY MONITORING AND MODIFICATION

The General Consultant or Infrastructure Consultant, if retained, shall monitor the investment process for compliance with this policy and report to the Plan's Board of Trustees on a semi-annual basis.

This Infrastructure Investment Policy shall be reviewed periodically to determine if modifications are necessary or desirable. Any changes shall be subject to the approval of the Board of Trustees.

*Initial Adoption December 2014*

## GLOSSARY

**ADVISORY BOARDS** – A group of investors in the partnership whose primary functions are to address certain partnership related issues. Based on the roles and responsibilities outlined in the limited partnership agreement, the Advisory Board may review conflicts of interest and operating budgets, vote on partnership term extensions and perform other duties as appropriate.

**APPRAISAL** – An estimate or opinion of market value.

**APPRECIATION** – The percentage change in the market value of a property or portfolio over the period of analysis.

**ASSET MANAGEMENT** – The various disciplines involved with managing real property assets from the time of investment through the time of disposition. Proper asset management plans and policies include: requirements for operating and capital budgets, property management, leasing, physical property analysis, operational and financial reporting, appraisal, audits, accounting policies, and asset disposition plans (hold/sell analyses).

**BENCHMARK** – An index derived from database information that allows for comparative performance evaluation within an asset class.

**BROWNFIELD** – Projects and / or assets that are pre-existing and have a history of use. These assets are cash generating assets that typically represent lower risk. This contrasts to "Greenfield" where assets are new projects under development or construction.

**CAPITAL IMPROVEMENTS** – Expenditures that cure or arrest deterioration of assets or add new improvements to prolong their lives.

**CO-INVESTMENT** – Investments where the management organization has a capital investment and ownership share. Also an investment into a portfolio company by limited partners alongside the general partner.

**CORE INVESTMENT** – Typical Core Portfolio investments shall be mature, brownfield / existing assets that produce steady and predictable cash flows. These assets should be difficult to replicate and will be long life assets. The assets shall be located in well established developed nations.

**COMMINGLED FUND** – A term applied to all open-ended and closed-ended pooled investment vehicles designed for institutional tax-exempt investors. A commingled fund may be organized as a group trust, partnership, corporation, insurance company separate account, private real estate investment trust, or other multiple ownership entity.

- **Open-ended Fund** – A commingled fund with no finite life, which allows continuous entry and exit of investors and typically engages in ongoing investment purchase and sale activities.
- **Closed-ended Fund** – A commingled fund with a stated termination date, with few or no additional investors after the initial formation of the fund. Closed-ended funds typically purchase a portfolio of properties to hold for the duration of the fund and, as sales occur, typically do not reinvest the sales proceeds.

11

**DISCRETION** – The level of authority given to an investment manager over the investment and management of a client's capital once that capital is allocated to the investment manager.

**DIRECT INVESTMENT** – An investment in which the Plan has a direct ownership interest in underlying infrastructure projects and/or assets. Direct Investments are made outside of a limited partnership structure. While a co-investment is made alongside of a limited partnership investment, a direct investment is not. Direct investments need a greater level of due diligence and involve a greater level of risk in comparison to a co-investment.

**DIVERSIFICATION** – Investing in a wide range of assets/projects or asset classes in order to reduce financial risk.

**DUE DILIGENCE** – The process of investigating, evaluating and analyzing a potential investment's characteristics, investment philosophy and terms and conditions.

**FAIR MARKET VALUE** – The highest price a property would bring if exposed for sale in the open market by a willing seller to a willing buyer with both parties being fully informed of all the uses and purposes to which the property is reasonably adaptable and available.

**FIDUCIARY** – A person in whom the Plan reposes, and the person accepts, a special trust and confidence involving the exercise of professional expertise and discretion.

**GENERAL PARTNER** – Managing partner of a limited partnership responsible for performing the day-to-day administrative operations of the partnership and acting as investment advisor to the partnership.

**INFRASTRUCTURE** – Synonymous with Infrastructure; it is the Plan's term to define the investment opportunity.

**GREENFIELD** – Projects or assets that are new, under development or construction. These assets typically involve higher risk as they include design and construction risk on top of operating risk, but typically yield higher returns in the long-term. This contrasts with "Brownfield" where the assets are ready exist and have a history.

**INCOME** – The component of return derived from property or portfolio operations during the period of analysis.

**INFLATION** – The general upward price movement of goods and services in an economy over a period of time.

**INFLATION-LINK** – Investments that allow inflation risk to be mitigated contractually through inflation-adjusted pricing agreements such as water utilities where the user fees are linked to CPI.

**INFRASTRUCTURE** – The basic physical and organizational structures needed for the operation of a society or enterprise, or the services and facilities necessary for an economy to function. The term typically refers to the technical structures that support a society, such as roads (transportation assets), water supply, sewage systems, power grids, telecommunications, and so forth. Viewed functionally, infrastructure facilitates the production of goods and services; for example, roads enable the transport of raw materials to a factory, and also for the distribution of finished products to markets.

**INTERNAL RATE OF RETURN (IRR)** – The discount rate at which the present value of future cash flows of an investment equals the cost of the investment. It is determined when the net present value of the cash outflows (the cost of the investment) and the cash inflows (returns on the investment) equal zero, the rate of discount being used is the IRR.

**INVESTMENT MANAGER** – A company that, by contractual agreement, provides infrastructure investment opportunities and/or property asset management services.

**LEVERAGE** – The use of borrowed funds to increase purchasing power and, ideally, to increase the profitability of an investment.

**LIMITED PARTNERSHIP** – A partnership with both general and limited partners in which the general partner manages the business and assumes full liability for the partnership obligations with the liability of the limited partners generally restricted to their capital contributions.

**MUNICIPAL INFRASTRUCTURE** – Infrastructure projects and assets which focus on the facilities and networks to support the people and community, such as health services, judicial buildings, schools and universities, etc.

**NET ASSET VALUE (NAV)** – Represents total assets at fair market value minus liabilities.

**NET OPERATING INCOME (NOI)** – Rental and other income of a property, less operating expenses, but before the deduction of capital expenditures and debt service.

**OPPORTUNISTIC** – A phrase characterizing an investment in underperforming and/or undermanaged assets/projects typically purchased from distressed sellers, utilizing high levels of leverage at times with the expectation of near-term increases in cash flow and value.

**PUBLIC PRIVATE PARTNERSHIPS (PPP)** – A government service or private business venture which is funded and operated through a partnership of government and one or more private sector companies. These schemes are sometimes referred to as PPP, P3 or P3.

**REAL RATE OF RETURN** – Yield to the investor after adjusting for inflation (typically determined by the Consumer Price Index).

**REHABILITATED** – Projects and/or assets that need significant maintenance and repairs while generating some income from operations.

**TOTAL RETURN** – The sum of the income and appreciation returns.

**VALUE-ADDED** – A phrase commonly used by investment managers to describe a management approach to an asset or project with the connotation that their skills will add value, which otherwise would not be realized.