# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>Plaintiffs,<br><br>vs.<br><br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS,<br><br>Defendants. | Case No.: 2:23-cv-07726-CAS-PVC<br>Assigned To: Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: STIPULATION TO SET THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

[PROPOSED] ORDER

On May 24, 2024, the Parties filed a stipulation to set the briefing schedule on Defendants' forthcoming Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion to Dismiss").  Good cause appearing, the Parties' stipulation is adopted.

**IT IS HEREBY ORDERED THAT:**

1. The last day for Plaintiffs to file an opposition to Defendants' Motion to Dismiss is on or before June 28, 2024;

3. The last day for Defendants to file a reply brief in support of the Motion to Dismiss is on or before July 19, 2024;

4. The hearing on the Motion to Dismiss shall proceed on August 5, 2024 at 10:00 a.m.;

2. The hearing shall be held via Zoom video conference.  To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Snyder's Procedures and Schedules page on the Court's website: https://www.cacd.uscourts.gov/honorable-christina-snyder-0.

_____      _____
Dated:      The Honorable Christina A. Snyder
United States District Judge