# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Construction Laborers Pension Trust for Southern CA, et al.,<br>Plaintiff(s)<br>v.<br>Meketa Investment Group, Inc. et al.,<br>Defendant(s) | CASE NUMBER:<br>CV 23-7726 CAS (PVCx)<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Monday, January 6, 2025, at 10:00 a.m.

The Courtroom Deputy Clerk will email call-instructions to the parties.

Dated:  12/26/24

By:  Marlene Ramirez
       Deputy Clerk