1   Robyn Crowther (SBN 193840)
2   *rcrowther@steptoe.com*
    **STEPTOE LLP**
3   633 West 5th Street, Suite 1900
4   Los Angeles, CA 90071
    Telephone:  (213) 439-9400
5   Facsimile:  (213) 439-9599
6
7   (*Additional counsel listed on next page*)
8   *Attorneys for Defendants* MEKETA INVESTMENT
9   GROUP, INC. and JUDY CHAMBERS

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12

13   CONSTRUCTION LABORERS        Case No.: 2:23-cv-07726-CAS-PVC
14   PENSION TRUST FOR SOUTHERN
     CALIFORNIA, and JON PRECIADO,   **[DISCOVERY MATTER: Referred to**
15   SERGIO RASCON, ADRIAN          **Magistrate Judge Pedro V. Castillo]**
16   ESPARZA, ALEX ARTIAGA,
     MICHAEL DEA, HERTZ RAMIREZ,    **DEFENDANTS' NOTICE OF**
17   PETER SANTILLAN, JEROME DI      **MOTION AND MOTION TO**
18   PADOVA, CATHERINE MONCADA,     **COMPEL PRODUCTION OF**
     ALAN LUDWIG, JEFF STEWART,     **DOCUMENTS**
19   LANCE BOYER, BILL BOYD, and
20   JOHN COOPER, as TRUSTEES OF    Judge:           Pedro V. Castillo
     THE CONSTRUCTION LABORERS      Hearing Date:    February 11, 2025
21   PENSION TRUST FOR SOUTHERN     Hearing Time:    10:00 am
22   CALIFORNIA, on behalf of the    Courtroom:       590 & Zoom
     Construction Laborers Pension Plan for
23   Southern California,           Discovery Cut-off:   September 30, 2025
24                                  Pretrial Conference: April 27, 2026
                  Plaintiffs,       Trial:             June 9, 2026
25
26
             vs.
27
28

                                         1

1    MEKETA INVESTMENT GROUP,
2    INC. and JUDY CHAMBERS,

3              Defendants.

4

5

6    Samuel N. Rudman (*admitted pro hac vice*)
     Adam J. Bookbinder (*admitted pro hac vice*)
7    Caroline Trusty (*admitted pro hac vice*)
8    Alexander L. Bevans (*admitted pro hac vice*)
9    **CHOATE, HALL & STEWART LLP**
     Two International Place
10   Boston, MA 02110
11   *srudman@choate.com*
     *abookbinder@choate.com*
12   *ctrusty@choate.com*
13   *abevans@choate.com*
     Telephone:  (617) 248-5000
14   Facsimile:  (617) 248-4000
15
16   Eric G. Serron (*admitted pro hac vice*)
     *eserron@steptoe.com*
17   **STEPTOE LLP**
18   1330 Connecticut Avenue, NW
     Washington, DC 20036
19   Telephone: (202) 429-3000
20   Facsimile: (202) 429-3902
21
     *Attorneys for Defendants* MEKETA INVESTMENT
22   GROUP, INC. and JUDY CHAMBERS
23
24
25
26
27
28
                                        2
     **DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that on February 11, 2025 at 10:00 a.m., P.S.T., or as soon thereafter as this matter may be heard, in Courtroom 590 of the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles CA, 90012, and on Zoom (Link: https://cacd-uscourts.zoomgov.com/j/1605737509?pwd=VU0ySWg5U0lHZUVWU0VyVGVh VStRZz09; Webinar ID: 160 573 7509; Passcode: 082981; Telephone: (669) 254-5252), or as directed by the Court, Defendants MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS ("Defendants") will and hereby do respectfully move the Court for an order to Compel Production of Documents by Plaintiffs CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California ("Plaintiffs"), pursuant to Rule 37 of the Federal Rules of Civil Procedure (the "Motion").

Specifically, for the reasons stated in the accompanying Joint Stipulation and attached declarations and exhibits, Defendants move the Court to compel Plaintiffs to immediately produce the transcripts of all depositions taken in a related state court action: *Cal. Infrastructure Fund I Investor LLC, v. Onset Gen. Partner, LLC*, 23SM-cv-00483 (Cal. Sup. Ct. Feb. 1, 2023), which Plaintiff Pension Fund filed against Onset General Partner, LLC.

Pursuant to Local Rule 37-1, this Motion is made following conferences of counsel on December 2, 2024 and December 5, 2024, and related conferences via email, which summarize the issues in dispute, and a pre-motion telephone conference with the Court on January 6, 2025.

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION
OF DOCUMENTS**

Dated:  January 16, 2025

/s/ Robyn C. Crowther
Robyn C. Crowther (SBN 193840)
**STEPTOE LLP**
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

Samuel N. Rudman (*admitted pro hac vice*)
Adam J. Bookbinder (*admitted pro hac vice*)
Caroline Trusty (*admitted pro hac vice*)
Alexander L. Bevans (*admitted pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110

Eric G. Serron (*admitted pro hac vice*)
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036

*Attorneys for Defendants*
MEKETA INVESTMENT GROUP, INC.,
and JUDY CHAMBERS

4

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**