PAUL R. FINE (SBN 053514)
*fine@schonbuchhallissy.com*
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard
Suite 300
Los Angeles, California 90049
Telephone (310) 556-7900
Facsimile (310) 556-2807

RONALD E. RICHMAN (*pro hac vice*)
*ronald.richman@srz.com*
TALEAH E. JENNINGS (*pro hac vice*)
*taleah.jennings@srz.com*
FRANK W. OLANDER (*pro hac vice*)
*frank.olander@srz.com*
ANDREW B. LOWY (*pro hac vice*)
*andrew.lowy@srz.com*
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile:   (212) 593-5955

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and | Case No. 2:23-CV-07726-CAS-PVC<br><br>**[DISCOVERY MATTER: Referred to Magistrate Judge Pedro V. Castillo]**<br><br>**DECLARATION OF TALEAH E. JENNINGS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION** |

1

**DECLARATION OF TALEAH E. JENNINGS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION**

|  |  |
|---|---|
| JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>Plaintiffs,<br><br>vs.<br><br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS,<br><br>Defendants. | Judge:           Pedro V. Castillo<br>Hearing Date: February 11, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom:    590 & Zoom<br><br>Discovery Cut-off: September 30, 2025<br>Pretrial Conference: April 27, 2026<br>Trial: June 9, 2026 |

## **DECLARATION OF TALEAH E. JENNINGS**

I, Taleah E. Jennings, Esq., under penalty of perjury under the laws of the United States, state as follows:

1. I am partner at the law firm of Schulte Roth & Zabel LLP, counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. A true and correct copy of the transcript of the scheduling conference held on November 4, 2024 in the above-captioned action is attached hereto as **Exhibit A**.

2

**DECLARATION OF TALEAH E. JENNINGS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of January, 2025, at New York, New York.

>*/s/ Taleah E. Jennings*
> Taleah E. Jennings

---

3
**DECLARATION OF TALEAH E. JENNINGS IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION**