1  Robyn Crowther (SBN 193840)
2  *rcrowther@steptoe.com*
   **STEPTOE LLP**
3  633 West 5th Street, Suite 1900
4  Los Angeles, CA 90071
   Telephone:  (213) 439-9400
5  Facsimile:  (213) 439-9599

6
   (*Additional counsel listed on next page*)
7

8  *Attorneys for Defendants* MEKETA INVESTMENT
   GROUP, INC. and JUDY CHAMBERS
9

10
                UNITED STATES DISTRICT COURT
11
               CENTRAL DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>Plaintiffs,<br><br>vs. | Case No.: 2:23-cv-07726-CAS-PVC<br><br>**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Judge:  Pedro V. Castillo<br>Hearing Date: February 11, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom:  590 & Zoom<br><br>Discovery Cut-off:  September 30, 2025<br>Pretrial Conference:  April 27, 2026<br>Trial:  June 9, 2026 |

1  MEKETA INVESTMENT GROUP,
2  INC. and JUDY CHAMBERS,

3          Defendants.

4

5

6  Samuel N. Rudman (*admitted pro hac vice*)
   Adam J. Bookbinder (*admitted pro hac vice*)
7  Caroline Trusty (*admitted pro hac vice*)
8  Alexander L. Bevans (*admitted pro hac vice*)
   **CHOATE, HALL & STEWART LLP**
9  Two International Place
10 Boston, MA 02110
11 *srudman@choate.com*
   *abookbinder@choate.com*
12 *ctrusty@choate.com*
13 *abevans@choate.com*
   Telephone:  (617) 248-5000
14 Facsimile:  (617) 248-4000

15

16 Eric G. Serron (*admitted pro hac vice*)
   *eserron@steptoe.com*
17 **STEPTOE LLP**
18 1330 Connecticut Avenue, NW
   Washington, DC 20036
19 Telephone: (202) 429-3000
20 Facsimile: (202) 429-3902

21
   *Attorneys for Defendants* MEKETA INVESTMENT
22 GROUP, INC. and JUDY CHAMBERS

23

24

25

26

27

28

**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

2

**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF
DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL
PRODUCTION OF DOCUMENTS**

I, Samuel Rudman, state as follows:

1.    I am an attorney at the law firm of Choate, Hall & Stewart LLP.  I, along with my colleagues, represent Defendants Meketa Investment Group, Inc. ("Meketa") and Judy Chambers (collectively "Defendants") in the above-captioned matter (the "Action").  I submit this declaration in support of Defendants' Notice of Motion and Motion to Compel Production of Documents.  I have personal knowledge of the facts set forth in this declaration.

2.    Attached as Exhibit 1 is an excerpted copy of Plaintiffs' Second Amended Complaint (ECF No. 69).

3.    Attached as Exhibit 2 is an excerpted copy of the complaint in *Cal. Infrastructure Fund I Investor LLC, v. Onset Gen. Partner, LLC*, 23SM-cv-00483 (Cal. Sup. Ct. Feb. 1, 2023) (the "Onset Litigation") (ECF No. 73-1).

4.    Attached as Exhibit 3 is an excerpted copy of the January 6, 2025 Transcript of Telephonic Conference re Discovery Before the Honorable Pedro V. Castillo.

5.    Attached as Exhibit 4 is an excerpted copy of the Answer and Defenses of Defendants Meketa Investment Group, Inc. and Judy Chambers (ECF No. 80).

6.    Attached as Exhibit 5 is an excerpted copy of the Joint Rule 26(f) Report (ECF No. 81).

7.    Attached as Exhibit 6 is a copy of the minutes of the Scheduling Conference held in this Action on November 4, 2024 (ECF No. 86).

8.    Attached as Exhibit 7 is an excerpted copy of Defendants' First Set of Requests for Production to Plaintiffs, dated October 21, 2024.

9.    Attached as Exhibit 8 is a copy of Plaintiffs' Initial Disclosures, dated October 25, 2024.

10. Attached as Exhibit 9 is an excerpted copy of Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production, dated November 20, 2024.

11. Attached as Exhibit 10 is a copy of a November 2024 email thread (excluding attachments) between counsel for Plaintiffs and counsel for Defendants.

12. Attached as Exhibit 11 is a copy of a December 2024 email thread between counsel for Plaintiffs and counsel for Defendants.

13. Attached as Exhibit 12 is a copy of the attachment to Defendants' counsel's December 9, 2024 email from Exhibit 11.

14. Attached as Exhibit 13 is a copy of the attachment to Plaintiffs' counsel's December 12, 2024 email from Exhibit 11.

15. Attached as Exhibit 14 is an excerpted copy of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Modify Scheduling Order (ECF No. 107).

16. Attached as Exhibit 15 is a copy of the minutes of the Status Conference held in the Onset Litigation on December 19, 2024.

17. Attached as Exhibit 16 is a copy of Defendants' counsel's December 20, 2025 email to Plaintiffs' counsel.

18. Attached as Exhibit 17 is a copy of Defendants' counsel's January 3, 2025 letter to Plaintiffs' counsel.

**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

4

1

2          I declare under penalty of perjury that the foregoing is true and correct.

3   Executed on:

4

5   January 15, 2025

6                                                          Samuel N. Rudman (*admitted pro hac vice*)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SAMUEL N. RUDMAN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**