# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>Plaintiffs,<br><br>vs.<br><br><br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS,<br><br>Defendants. | Case No.: 2:23-cv-07726-CAS-PVC<br><br>**[PROPOSED] ORDER RE: STIPULATION RESOLVING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND NOTICE OF WITHDRAWAL**<br><br>*[Proposed Order filed concurrently with Stipulation]*<br><br>Judge:             Pedro V. Castillo<br>Hearing Date:      February 13, 2025<br>Hearing Time:      10:00 am<br>Courtroom:         590<br><br>Discovery Cut-off:    September 30, 2025<br>Pretrial Conference:  April 27, 2026<br>Trial:                June 9, 2026 |

1

      Having considered the Parties' Stipulation Resolving Defendants' Motion to Compel Production of Documents and Notice of Withdrawal (the "Stipulation"), the Court hereby **APPROVES** the Stipulation.

**IT IS HEREBY ORDERED** that:

      1.    If the parties to the matter of Cal. Infrastructure Fund I Investor LLC, v. Onset Gen. Partner, LLC, 23SM-cv-00483 (Cal. Sup. Ct. Feb. 1, 2023) (the "Onset Litigation") agree to the terms of a settlement, then Plaintiffs shall produce the transcripts of all depositions taken in the Onset Litigation (the "Transcripts") to Defendants within 24 hours;

      2.    Regardless whether the Onset Litigation settles, Plaintiffs shall produce the Transcripts to Defendants by no later than February 21, 2025;

      3.    Defendants' Notice of and Motion to Compel Production of Documents (ECF No. 114, the "Motion") is withdrawn;

      4.    The February 13, 2025 hearing on the Motion is cancelled; and

      5.    In connection with the Motion, each Party shall be responsible for its own costs and fees.

DATED: _____

                                          The Honorable Pedro V. Castillo
                                          United States Magistrate Judge

2

**[PROPOSED] ORDER RE: STIPULATION RESOLVING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND NOTICE OF WITHDRAWAL**