Robyn Crowther (SBN 193840)
rcrowther@steptoe.com
**STEPTOE LLP**
633 West 5th Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

(*Additional counsel listed on next page*)

*Attorneys for Defendants* MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>            Plaintiffs,<br><br>   vs.<br><br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS, | Case No. 2:23-CV-07726-CAS-PVC<br><br>[DISCOVERY MATTER: Referred to Magistrate Judge Pedro V. Castillo]<br><br>**(PROPOSED) STIPULATION RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**<br><br>Action Filed: September 15, 2023 |

1

**(PROPOSED) STIPULATION RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

|   | Defendants. |
|---|---|

Samuel N. Rudman (*admitted pro hac vice*)
Adam J. Bookbinder (*admitted pro hac vice*)
Caroline Trusty (*admitted pro hac vice*)
Alexander L. Bevans (*admitted pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
srudman@choate.com
abookbinder@choate.com
ctrusty@choate.com
abevans@choate.com
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000

Eric G. Serron (*admitted pro hac vice*)
eserron@steptoe.com
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

*Attorneys for Defendants* MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS

## I. PURPOSE

This Stipulation will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the Central District of California, and any other applicable orders and rules. Nothing in this Stipulation is intended to alter or affect any party's rights or obligations under any order of this Court, but shall be construed instead, wherever possible, as consistent with any such order by the assigned District Judge.

## II. PRODUCTION FORMATS

1. The parties agree to produce documents as TIFF ("Tagged Image File Format") images, along with at least the following items of searchable metadata or information about such documents, as required to make these documents reasonably usable: (1) for emails, from, to, cc, bcc, sent date, sent time, received date, received time, subject, text, and MD5 Hash; (2) for other electronic files (including email attachments), file name, file type or extension, author, created date, created time, modified date, modified time, text, and MD5 Hash; and (3) for all documents (including paper documents), custodian, Bates number beginning, Bates number ending, family range beginning, family range ending, redactions, and confidentiality designation, if any.

2. Production image file format must be single page Group IV single black-and-white TIFF images.

3. Upon written request, and for good cause shown, the parties shall produce color images for a reasonable number of selected documents and ESI. Documents and ESI produced in color shall be produced as JPG images.

4. Multipage .txt files of OCR/extracted text must be included for each document, named to match the image and located in the same directory as the image in the production volume.

5. All files, including natively produced files, must be named with the beginning Bates

number of the document.

6. Spreadsheets (*e.g.*, excel files), CSVs, PowerPoint, media files, or any other file where conversion to image is impossible or where conversion to image would make the document unreviewable, e.g., CAD files, must be produced natively with an accompanying placeholder.

7. Redacted Excel and PowerPoint files must be imaged with hidden content such as speaker notes, hidden rows, hidden columns, and hidden cells exposed.

8. Passwords: known passwords for protected native documents to be provided in plain text format.

9. Production must include a delimited text file containing, at a minimum, the available data fields listed below and a relative path to the document image from the root of the production media. Semicolons (;) must be used to separate individual values in multi-value fields. Concordance-style delimiters are required:

| Value | Character | ASCII Number |
|---|---|---|
| Field / Column | ¶ | 020 |
| Text / Quote | þ | 254 |

10. Date and time formats: fields containing date information shall be formatted in one of the following ways (European date formats must not be used):

    YYYY/MM/DD hh:mm:ss

    MM/DD/YYYY hh:mm:ss

    YYYY-MM-DD hh:mm:ss

    MM-DD-YYYY hh:mm:ss

11. Upon reasonable request, each party agrees to re-produce additional files or files classes in native format. When productions are made natively, the parties should name the file consistent with the first Bates number represented by the document in the production, followed by any applicable confidentiality legend (or abbreviation if the legend makes the file name too long) and produce a slipsheet stating that the document has been produced in native form.

12. **Encryption**: Productions must use common encryption formats such as encrypted

Zip files or BitLocker and be transferred via secure FTP or copied to encrypted physical media, such as a thumb drive, sent via FedEx, UPS or courier.

13. **Exact Duplicates.** The parties will produce a single copy of exact duplicate responsive ESI, identified based on MD5 hash values at the family level, including all metadata as specified in Section II (1) above. For exact duplicates, the producing party shall populate and provide a data field that identifies each custodian who had a copy of the produced document. All natives, including de-duplicated versions, will be retained in a format readily accessible to be produced upon request. Stand-alone electronic documents should not be deduplicated against email attachments.

## III. DOCUMENTS PROTECTED FROM DISCOVERY

1. Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding.

2. The parties have agreed to follow the process for claiming privilege or protecting trial-preparation materials set forth under Fed. R. Civ. P. 26(b)(5), except that communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.

3. Communications identified on a privilege log must be identified individually rather than by category.

## IV. MODIFICATION

This Stipulation may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**GOOD CAUSE HAVING BEEN SHOWN BY THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED,** through Counsel of Record.

Dated: April 24, 2025

By: */s/ Frank W. Olander*
     Frank W. Olander

RONALD E. RICHMAN (*pro hac vice*)
*ronald.richman@srz.com*
FRANK W. OLANDER (*pro hac vice*)
*frank.olander@srz.com*
ANDREW B. LOWY (*pro hac vice*)
*andrew.lowy@srz.com*
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile:   (212) 593-5955

PAUL R. FINE (SBN 053514)
*fine@schonbuchhallissy.com*
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard
Suite 300
Los Angeles, California 90049
Telephone (310) 556-7900
Facsimile (310) 556-2807

*Attorneys for Plaintiffs*

Dated: April 24, 2025

By: */s/ Alexander L. Bevans*
    Samuel N. Rudman (*pro hac vice*)
    Adam J. Bookbinder (*pro hac vice*)

|   |   |
|---|---|
| 1 | Caroline Trusty (*pro hac vice*) |
| 2 | Alexander L. Bevans (*pro hac vice*) |
|   | **CHOATE, HALL & STEWART LLP** |
| 3 | Two International Place |
| 4 | Boston, MA 02110 |
| 5 | Eric G. Serron (*pro hac vice*) |
|   | **STEPTOE LLP** |
| 6 | 1330 Connecticut Avenue, NW |
| 7 | Washington, DC 20036 |
| 8 |   |
|   | Robyn C. Crowther |
| 9 |   |
| 10 | Robyn C. Crowther (SBN 193840) |
|   | **STEPTOE LLP** |
| 11 | 633 West 5th Street, Suite 1900 |
| 12 | Los Angeles, CA 90071 |
| 13 | *Attorneys for Defendants* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 24, 2025                     */s/ Alexander L. Bevans*
                                           Alexander L. Bevans