1  Robyn C. Crowther (SBN 193840)
2  *rcrowther@steptoe.com*
   **STEPTOE LLP**
3  633 West 5th Street, Suite 1900
4  Los Angeles, CA 90071
   Telephone: (213) 439-9400
5  Facsimile: (213) 439-9599
6
7  (*Additional counsel listed on next page*)
8  *Attorneys for Defendants* MEKETA INVESTMENT
9  GROUP, INC. and JUDY CHAMBERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California,<br><br>   Plaintiffs,<br><br>   vs. | Case No.: 2:23-cv-07726-CAS-PVC<br>Assigned To: Hon. Christina A. Snyder<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>[*Proposed Order filed concurrently with Stipulation*] |

1
**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**

1 | MEKETA INVESTMENT GROUP,
2 | INC. and JUDY CHAMBERS,
3 |           Defendants.
4
5
6 | Samuel N. Rudman (*admitted pro hac vice*)
   | Adam J. Bookbinder (*admitted pro hac vice*)
7 | Caroline Trusty (*admitted pro hac vice*)
8 | Natalie A. Phillips (*admitted pro hac vice*)
   | **CHOATE, HALL & STEWART LLP**
9 | Two International Place
10 | Boston, MA 02110
    | srudman@choate.com
11 | abookbinder@choate.com
12 | ctrusty@choate.com
    | nphillips@choate.com
13 | Telephone: (617) 248-5000
14 | Facsimile: (617) 248-4000
15
16 | Eric G. Serron (*admitted pro hac vice*)
    | *eserron@steptoe.com*
17 | **STEPTOE LLP**
18 | 1330 Connecticut Avenue, NW
    | Washington, DC 20036
19 | Telephone: (202) 429-3000
20 | Facsimile: (202) 429-3902
21 | *Attorneys for Defendants* MEKETA INVESTMENT
22 | GROUP, INC. and JUDY CHAMBERS

**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**

1  Pursuant to Local Rule 7-1, Plaintiffs Construction Laborers Pension Trust
2  For Southern California And Jon Preciado, Sergio Rascon, Adrian Esparza, Alex
3  Artiaga, Michael Dea, Hertz Ramirez, Peter Santillan, Jerome Di Padova, Catherine
4  Moncada, Alan Ludwig, Jeff Stewart, Lance Boyer, Bill Boyd, and John Cooper as
5  Trustees of the Construction Laborers Pension Trust for Southern California, on
6  behalf of the Construction Laborers Pension Plan for Southern California and
7  Defendants Meketa Investment Group, Inc. and Judy Chambers hereby stipulate as
8  follows:

9  WHEREAS the parties have agreed to attempt to resolve this action through
10  mediation;

11  WHEREAS the parties are working to find a mutually agreeable (i) date for
12  mediation and (ii) mediator;

13  WHEREAS this Court has the inherent authority and discretion to stay
14  proceedings "when it serves the interests of judicial economy and efficiency,"
15  *Monster Energy Co. v. Integrated Supply Network, LLC*, 2020 U.S. Dist. LEXIS
16  263409, at *4 (C.D. Cal. Oct. 14, 2020);

17  WHEREAS "Courts in this district routinely stay cases pending mediation,"
18  *id.*;

19  WHEREAS a stay of proceedings pending mediation here would serve the
20  interests of judicial economy and efficiency;

21  **NOW, THEREFORE,** based on the foregoing, the parties respectfully
22  request that the Court enter an order:

23  1. Staying all proceedings and deadlines, including any outstanding
24  discovery deadlines, until further order of the Court; and
25  2. Requiring the parties to file a joint status update and, if necessary,
26  proposed schedule within fourteen (14) days of the conclusion or
27  termination of mediation.

28  **IT IS SO STIPULATED, AGREED, AND REQUESTED.**

3
**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**

| | |
|---|---|
| Dated: May 21, 2025 | /s/ Robyn C. Crowther<br>Robyn C. Crowther (SBN 193840)<br>**STEPTOE LLP**<br>633 West 5th Street, Suite 1900<br>Los Angeles, CA 90071<br><br>Samuel N. Rudman (*admitted pro hac vice*)<br>Adam J. Bookbinder (*admitted pro hac vice*)<br>Caroline Trusty (*admitted pro hac vice*)<br>Natalie A. Phillips (*admitted pro hac vice*)<br>**CHOATE, HALL & STEWART LLP**<br>Two International Place<br>Boston, MA 02110<br><br>Eric G. Serron (*admitted pro hac vice*)<br>**STEPTOE LLP**<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>*Attorneys for Defendants*<br>MEKETA INVESTMENT GROUP, INC., and JUDY CHAMBERS |
| Dated: May 21, 2025 | /s/ Julia M. Beskin<br>Julia M. Beskin (*pro hac vice pending*)<br>Ronald E. Richman (*admitted pro hac vice*)<br>Taleah E. Jennings *(admitted pro hac vice)*<br>Frank W. Olander (*admitted pro hac vice*)<br>Andrew B. Lowy (*admitted pro hac vice*)<br>**SCHULTE ROTH & ZABEL LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: 212.756.2000<br><br>Paul R. Fine<br>**SCHONBUCH HALLISSY LLP**<br>11999 San Vicente Boulevard<br>Suite 300<br>Los Angeles, CA 90049 |

Telephone: 310.556.7900

*Attorneys for Plaintiffs* CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California

**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2025                     /s/ *Robyn C. Crowther*
                                        Robyn C. Crowther (SBN 193840)