1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11
12
13
14
15
16
17
18
19
20
21
22

CONSTRUCTION LABORERS
PENSION TRUST FOR SOUTHERN
CALIFORNIA and JON PRECIADO,
SERGIO RASCON, ADRIAN
ESPARZA, ALEX ARTIAGA,
MICHAEL DEA, HERTZ RAMIREZ,
PETER SANTILLAN, JEROME DI
PADOVA, CATHERINE MONCADA,
ALAN LUDWIG, JEFF STEWART,
LANCE BOYER, BILL BOYD, and
JOHN COOPER as TRUSTEES OF
THE CONSTRUCTION LABORERS
PENSION TRUST FOR SOUTHERN
CALIFORNIA, on behalf of the
Construction Laborers Pension Plan for
Southern California,

23

Plaintiffs,

24
25

vs.

26
27

MEKETA INVESTMENT GROUP,
INC. and JUDY CHAMBERS,

28

Defendants.

Case No.: 2:23-cv-07726-CAS-PVC

**[PROPOSED] ORDER RE:
STIPULATION TO STAY
PROCEEDINGS PENDING
MEDIATION**

[*Proposed Order filed concurrently with
Stipulation*]

Having considered the Parties' Stipulation to Stay Proceedings Pending Mediation (the "Stipulation"), the Court hereby **APPROVES** the Stipulation.

**IT IS HEREBY ORDERED** that:

1. All proceedings and deadlines, including any outstanding discovery deadlines, in this action are stayed until further order of the Court; and

2. The parties shall file a joint status update and, if necessary, proposed schedule within fourteen (14) days of the conclusion or termination of mediation.

_____                    _____
Dated:                                 The Honorable Christina A. Snyder
                                       United States District Judge