SCHONBUCH HALLISSY LLP
11999 SAN VICENTE BOULEVARD
LOS ANGELES, CALIFORNIA 90049
Paul R. Fine, State Bar No. 053514

MCDERMOTT WILL & SCHULTE LLP
919 THIRD AVENUE
NEW YORK, NEW YORK 10022
Ronald E. Richman (PHV Admitted)
Julia M. Beskin (PHV Admitted)
Frank W. Olander (PHV Admitted)
Andrew B. Lowy (PHV Admitted)

Attorneys for Plaintiffs
CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California

STEPTOE LLP
633 WEST 5TH STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071
Robyn Crowther, State Bar No. 193840
Eric Serron (PHV Admitted)

CHOATE, HALL & STEWART LLP
TWO INTERNATIONAL PLACE
BOSTON, MASSACHUSETTS 02110
Samuel N. Rudman, Esq. (PHV Admitted)
Adam J. Bookbinder, Esq. (PHV Admitted)
Caroline Trusty, Esq. (PHV Admitted)

Attorneys for Defendants
MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS | Case No. 2:23-cv-07726-CAS-PVC<br><br>Hon. Christina Snyder, Dept. 8D<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

| | |
|---|---|
| 1 | PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California, |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS, |
| 7 | |
| 8 | Defendants. |

Plaintiffs CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California, on the one hand, by and through their counsel of record, and Defendants MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS, on the other hand, by and through their counsel of record, having agreed to settle this matter, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss this action in its entirety with prejudice, with each party to bear their own attorneys' fees and costs. A proposed order consistent with this stipulation has been filed simultaneously herewith.

| | | |
|---|---|---|
| 1 | Date: November 24, 2025 | SCHONBUCH HALLISSY LLP |
| 2 | | By: _____/s/ Paul Fine_____ |
| 3 | | Paul R. Fine |

MCDERMOTT WILL & SCHULTE LLP
Ronald E. Richman (PHV Admitted)
Julia M. Beskin (PHV Admitted)
Frank W. Olander (PHV Admitted)
Andrew B. Lowy (PHV Admitted)

By: _____
Ronald E. Richman

Attorneys for Plaintiffs
CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California

Dated: _____, 2025

STEPTOE LLP
Robyn Crowther
Eric Serron

By: _____
Robyn Crowther

CHOATE, HALL & STEWART LLP
Samuel N. Rudman (PHV Admitted)
Adam J. Bookbinder (PHV Admitted)
Caroline Trusty (PHV Admitted)

By: _____
Samuel N. Rudman

Attorneys for Defendants
MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS

3

STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Date: November 24, 2025 | SCHONBUCH HALLISSY LLP<br><br>By: _____<br>Paul R. Fine<br><br>MCDERMOTT WILL & SCHULTE LLP<br>Ronald E. Richman (PHV Admitted)<br>Julia M. Beskin (PHV Admitted)<br>Frank W. Olander (PHV Admitted)<br>Andrew B. Lowy (PHV Admitted)<br><br>By: _/s/ Ronald E. Richman_____<br>Ronald E. Richman<br><br>Attorneys for Plaintiffs<br>CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California |
| Dated: _____, 2025 | STEPTOE LLP<br>Robyn Crowther<br>Eric Serron<br><br>By: _____<br>Robyn Crowther<br><br>CHOATE, HALL & STEWART LLP<br>Samuel N. Rudman (PHV Admitted)<br>Adam J. Bookbinder (PHV Admitted)<br>Caroline Trusty (PHV Admitted)<br><br>By: _____<br>Samuel N. Rudman<br><br>Attorneys for Defendants<br>MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS |

3

STIPULATION OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Date: _____, 2025 | SCHONBUCH HALLISSY LLP |

By: _____
Paul R. Fine

MCDERMOTT WILL & SCHULTE LLP
Ronald E. Richman (PHV Admitted)
Julia M. Beskin (PHV Admitted)
Frank W. Olander (PHV Admitted)
Andrew B. Lowy (PHV Admitted)

By: _____
Ronald E. Richman

Attorneys for Plaintiffs
CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER, BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction Laborers Pension Plan for Southern California

Dated: November 24, 2025

STEPTOE LLP
Robyn Crowther
Eric Serron

By: /s/ Robyn O. Crowther
Robyn Crowther

CHOATE, HALL & STEWART LLP
Samuel N. Rudman (PHV Admitted)
Adam J. Bookbinder (PHV Admitted)
Caroline Trusty (PHV Admitted)

By: /s/
Samuel N. Rudman

Attorneys for Defendants
MEKETA INVESTMENT GROUP, INC. and JUDY CHAMBERS

STIPULATION OF DISMISSAL WITH PREJUDICE