JS-6

1

2

3

4                    **UNITED STATES DISTRICT COURT**

5                    **CENTRAL DISTRICT OF CALIFORNIA**

6   CONSTRUCTION LABORERS PENSION          Case No. 2:23-cv-07726-CAS-PVCx
    TRUST FOR SOUTHERN CALIFORNIA, and
7   JON PRECIADO, SERGIO RASCON,           Hon. Christina Snyder, Dept. 8D
    ADRIAN ESPARZA, ALEX ARTIAGA,
8   MICHAEL DEA, HERTZ RAMIREZ, PETER
9   SANTILLAN, JEROME DI PADOVA,           **ORDER ON STIPULATION OF**
    CATHERINE MONCADA, ALAN LUDWIG,        **DISMISSAL WITH PREJUDICE**
10  JEFF STEWART, LANCE BOYER, BILL
    BOYD, and JOHN COOPER, as TRUSTEES
11  OF THE CONSTRUCTION LABORERS
    PENSION TRUST FOR SOUTHERN
12  CALIFORNIA, on behalf of the Construction
13  Laborers Pension Plan for Southern California,

14            Plaintiffs,

15   vs.

16
     MEKETA INVESTMENT GROUP, INC. and
17   JUDY CHAMBERS,

18            Defendants.

19          The Court, having considered the Stipulation of Dismissal with Prejudice (the

20   "Stipulation") by Plaintiffs CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN

21   CALIFORNIA, and JON PRECIADO, SERGIO RASCON, ADRIAN ESPARZA, ALEX

22   ARTIAGA, MICHAEL DEA, HERTZ RAMIREZ, PETER SANTILLAN, JEROME DI

23   PADOVA, CATHERINE MONCADA, ALAN LUDWIG, JEFF STEWART, LANCE BOYER,

24   BILL BOYD, and JOHN COOPER, as TRUSTEES OF THE CONSTRUCTION LABORERS

25   PENSION TRUST FOR SOUTHERN CALIFORNIA, on behalf of the Construction

26   Laborers Pension Plan for Southern California, on the one hand, and Defendants MEKETA

27   INVESTMENT GROUP, INC. and JUDY CHAMBERS, on the other hand, and good cause

28   appearing therefore,

4

1         **IT IS SO ORDERED** that the parties' Stipulation is GRANTED;

2         **IT IS FURTHER ORDERED** that each party is to bear their own attorneys' fees

3  and costs.

4

5  Date: November 24, 2025               *Christine A. Snyde*

                                          HON. CHRISTINA SNYDER

6                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE